UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT NAPPER,

      Plaintiff,

                                           CASE NO. 05-71794
v.                                                  HON. LAWRENCE P. ZATKOFF

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation of October 5, 2005, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be DENIED and Defendant's Motion for Summary Judgment be GRANTED. Plaintiff has not filed objections.

      After a thorough review of the court file, the respective parties' motions, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

      Therefore, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED. Defendant's for Summary Judgment is GRANTED. Accordingly, Plaintiff's cause of action is DISMISSED WITH PREJUDICE.

      IT IS SO ORDERED.

                                                      s/Lawrence P. Zatkoff
                                                      LAWRENCE P. ZATKOFF
                                                      UNITED STATES DISTRICT JUDGE

Dated: January 23, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 23, 2006.

                                       s/Marie E. Verlinde
                                       Case Manager
                                       (810) 984-3290